UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                  :

CONNECTICUT INTERLOCAL RISK      :     NO.: 3:26-cv-00107-MPS
MANAGEMENT AGENCY,
    Plaintiff                           :

                                    :

v.                                   :

                                    :

MUNICH REINSURANCE AMERICA, INC.,   :
    Defendant                       :     APRIL 10, 2026
_____:

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A), the plaintiff hereby gives notice of its dismissal of this action, without prejudice.  No answer or motion for summary judgment has been served and filed by the defendant to date.

                               PLAINTIFF,
                                 CONNECTICUT INTERLOCAL RISK
                               MANAGEMENT AGENCY,

                               By  /s/ Philip T. Newbury, Jr.
                                   Philip T. Newbury, Jr. (ct05283)
                                   Howd & Ludorf, LLC
                                   100 Great Meadow Road, Suite 201
                                   Wethersfield, CT 06109
                                   (860) 249-1361
                                   (860) 249-7665 (Fax)
                                   E-Mail:  pnewbury@hl-law.com

## CERTIFICATION

This is to certify that on **April 10, 2026**, a copy of the foregoing **Notice of Voluntary Dismissal** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    /s/ Philip T. Newbury, Jr.
Philip T. Newbury, Jr.

2